IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT N. JOHNSON,

    Plaintiff,            No. CIV S-11-2756 KJM GGH

    vs.

SHAHID IDBAL, et al.,

    Defendants.          ORDER

_____/

    A status conference was held before the undersigned on March 15, 2012. The parties consented to proceed before the undersigned; however, they have not filed their consent forms. Before a scheduling order may issue, the consent forms need to be filed.

    Accordingly, IT IS ORDERED that:

    1. The Clerk of the Court is directed to mail consent forms to all parties concurrently with this order.

    2. The parties shall file their consent forms within fourteen (14) days of this order, after which a scheduling order shall issue.

DATED: March 27, 2012

                                /s/ Gregory G. Hollows
                                UNITED STATES MAGISTRATE JUDGE

GGH:076:Johnson2756.con.wpd