1

2

3

4

5

6

7             IN THE UNITED STATES DISTRICT COURT

8             FOR THE EASTERN DISTRICT OF CALIFORNIA

9 SCOTT N. JOHNSON,

10         Plaintiff,                    No. CIV S-11-2756 KJM GGH

11    vs.

12 SHAHID IDBAL, et al.,

13         Defendants.            ORDER

14 _____/

15         A status conference was held before the undersigned on March 15, 2012.  The

16 parties consented to proceed before the undersigned; however, they have not filed their consent

17 forms.  Before a scheduling order may issue, the consent forms need to be filed.

18         Accordingly, IT IS ORDERED that:

19         1.  The Clerk of the Court is directed to mail consent forms to all parties

20 concurrently with this order.

21         2.  The parties shall file their consent forms within fourteen (14) days of this

22 order, after which a scheduling order shall issue.

23 DATED: March 27, 2012

                         /s/ Gregory G. Hollows

24                    UNITED STATES MAGISTRATE JUDGE

GGH:076:Johnson2756.con.wpd

25

26

1